**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

PHAT BUI,

    Plaintiff,

v.                                                   Case No. 18-13520

MILTON MANUFACTURING, INC.,

    Defendant.
_____/

## JUDGMENT

    In accordance with the court's Opinion and Order dated March 23, 2021,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Milton Manufacturing, Inc. and against Plaintiff Phat Bui. Dated at Port Huron, Michigan this 23rd day of March, 2021.

                                                KINIKIA ESSIX
                                                CLERK OF THE COURT

                                        BY: <u>  s/Lisa Wagner</u>

Dated:  March 23, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 23, 2021, by electronic and/or ordinary mail.

                                        <u>s/Lisa Wagner                                                     /</u>
                                        Case Manager and Deputy Clerk
                                        (810) 292-6522