UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHAT BUI,

    Plaintiff,

v.                                                          Case No. 18-13520

MILTON MANUFACTURING, INC.,

    Defendant.
_____/

## ORDER REQUIRING CLARIFICATION

On March 23, 2021, the court issued an "Opinion and Order Granting Defendant's Motion for Summary Judgment in Part and Dismissing the Remaining State Law Count Without Prejudice" and awarded judgment to the Defendant. (ECF Nos. 23, 24.) Despite attorney Jeffery Berg still being listed as the counsel of record, on April 20, 2021, Plaintiff filed *pro se* a Notice of Appeal and a letter indicating that Plaintiff intended to represent himself in the present action. (ECF Nos. 26, 27.) On April 23, 2021, a "Motion to Disallow Claim" (ECF No. 30) and "Objections to Bill of Cost" (ECF No. 31) were also filed *pro se*. Given that these filings were filed *pro se* while Plaintiff still had counsel of record, the court requests clarification regarding the filings and counsel's status. Accordingly,

IT IS ORDERED that Plaintiff's counsel, Jeffery Berg, is DIRECTED to file a statement of clarification not later than May 17th, 2021.

                                                     s/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: May 3, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 3, 2021, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\18-13520.BUI.order.requiring.clar.AAB.docx